United States District Court
Southern District of Texas
**ENTERED**
March 07, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MONROE CAPITAL LLC, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:15-CV-3659 |
| § | |
| K&S CONSULTING ASC, LP, § | |
| § | |
| Defendant. § | |

## CORRECTED DEFAULT JUDGMENT

The defendant, K&S Consulting ASC, LP, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of the plaintiff and upon affidavit that defendant is indebted to plaintiff in the principal sum of $78,376.01 plus prejudgment interest at 5%, accrued during the period beginning on November 1, 2015, and ending on the day preceding the date this judgment is rendered; that defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure; it is hereby:

ORDERED, ADJUDGED, and DECREED that the plaintiff, Monroe Capital LLC, recover of the defendant, K&S Consulting ASC, LP, the sum of $78,376.01 plus prejudgment interest at 5%, accrued during the period beginning on November 1, 2015, and ending on the day preceding the date this judgment is rendered, costs, and interest according to law from the date of this judgment until the entire amount is paid.

SIGNED on this 7th day of March, 2016.

_____
Kenneth M. Hoyt
United States District Judge